cc: USM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RANDOLPH HIRSCH,<br><br>　　　　Defendant. | Case No. CR 14-0033-GAF<br><br>**ORDER DENYING MOTION "FOR BAIL PENDING APPEAL" AND REQUEST FOR STAY OF SURRENDER DATE** |

　　The United States Probation Office filed its petition alleging violations of Defendant's supervised release on November 8, 2016.  After multiple continuances, the Court conducted an evidentiary hearing on allegation number one on November 27, 2017, and found Defendant had violated his supervision as alleged.  On December 7, 2017 the Court sentenced Defendant to seven months in custody and a 24 month period of supervised release, and ordered Defendant to self-surrender to the Bureau of Prisons no later than January 2, 2018.

　　On December 27, 2017, Defendant filed a Motion for Bail Pending Appeal. Apart from a bald assertion that Defendant is not a flight risk nor a danger to community, the only ground asserted for the requested relief is that he will likely serve his sentence before his appeal is decided.

　　Under 28 U.S.C. section 3143(b), a defendant seeking release pending appeal must show, by clear and convincing evidence, that he is not a flight risk nor a danger to others or to the community, *and* that the appeal is not for purposes of delay and raised a substantial question of law.

Defendant while on supervised release engaged in conduct very similar to that in his underlying conviction. He was captured on a voice recording with a jailed associate discussing a plan to falsify documents to be used to obtain a residential loan and agreeing to obtain the assistance of a forger ("the artist"). This type of financial fraud poses a significant danger to the community.

The Motion does not specify *any* ground for appeal, much less does it explain why the appeal poses a "substantial question of law or fact" likely to result in one of the three listed outcomes.

As the Motion lacks any merit, the Court DENIES it and denies the request for a stay of the Order that Defendant self-surrender on Tuesday, January 2, 2018.

IT IS SO ORDERED.

DATED: January 2, 2018

HONORABLE VIRGINIA A. PHILLIPS
CHIEF, United States District Judge

CC: USM